In the Matter of the Claims of LEO VAN BECK et al., Respondents, against ALLIED CLEANING CONTRACTORS, INC., Appellant. and the Claim of HARRY DEBREE, Respondent, *v.* ALLIED PNEUMATIC SERVICE COMPANY et al.. Appellants, and STATE INSURANCE FUND, Respondent.

STATE INDUSTRIAL BOARD, Respondent.

Submitted October 4, 1943; decided October 14, 1943.

*Jeremiah F. Connor* for motion.
*William F. O'Rourke* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements. The appellants are not parties aggrieved, since no award has been made against either of them.